# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RASHIN OWENS** | : | **NO. 20-467** |

## ORDER

**NOW**, this 7th day of April, 2022, upon consideration of the defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Relief) (ECF No. 21), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED.**

   /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.